888

No. 97–5321. GONZALEZ *v.* TURNER ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–5322. HERRON *v.* CORNELL. C. A. 8th Cir. Certiorari denied.

No. 97–5323. WATKINS *v.* WHITE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–5324. MCDONNELL *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–5325. PRAINO ET UX. *v.* BOARD OF EDUCATION OF WAPPINGERS CENTRAL SCHOOL DISTRICT ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–5326. SHANNON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–5327. RALSTON *v.* FRANK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–5329. THOMAS *v.* CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 97–5330. MILNER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–5331. MCCRAY *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 97–5334. BLANDINO *v.* BURNS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–5335. WALTER *v.* AUSTIN INDUSTRIAL, INC. C. A. 5th Cir. Certiorari denied.

No. 97–5337. DAVIS, AKA JOHNSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–5339. DAVENPORT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.